UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AA METALS, INC., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| U.S. CUSTOMS AND BORDER | : |
| PROTECTION; RODNEY S. SCOTT, | : |
| in his official capacity as Commissioner | : |
| of U.S. Customs and Border Protection; | : |
| and THE UNITED STATES OF | : |
| AMERICA, | : |
| | : |
| Defendants. | : |

Before: Richard K. Eaton

Court No. 25-00714

| | |
|---|---|
| EKU FREN VE DÖKÜM SANAYİ A.S., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| U.S. CUSTOMS AND BORDER | : |
| PROTECTION; RODNEY S. SCOTT, | : |
| in his official capacity as Commissioner | : |
| of U.S. Customs and Border Protection; | : |
| and THE UNITED STATES OF | : |
| AMERICA, | : |
| | : |
| Defendants. | : |

Before: Richard K. Eaton

Court No. 26-01386

| | | |
|---|---|---|
| MATRA AMERICAS, LLC, | : | |
| | : | |
| Plaintiff, | : | Before: Richard K. Eaton |
| | : | |
| v. | : | Court No. 26-01417 |
| | : | |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |
| OPTIMA STEEL INTERNATIONAL, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton |
| v. | : | |
| | : | Court No. 26-01461 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| AMSUM & ASH, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Before: Richard K. Eaton |
| v. | : | |
| | : | Court No. 26-01551 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| CANADIAN FOREST PRODUCTS LTD. AND CANFOR PULP AND PAPER SALES LTD., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Before: Richard K. Eaton |
| v. | : | |
| | : | Court No. 26-01562 |
| U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and THE UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Upon consideration of the Motion to Lift the Stay for the Limited Purpose of Addressing IEEPA Tariff Refunds for AD/CVD Entries, filed in each of the cases captioned above, and in the absence of a showing of good cause, it is hereby

Court Nos. 25-00714, 26-01386, 26-01417, 26-01461, 26-01551 & 26-01562          Page 4

**ORDERED** that the motion is denied. For the avoidance of doubt, each of the cases captioned above is and will remain stayed until further notice.

                                                    /s/ Richard K. Eaton
                                                         Judge

Dated: March 27, 2026
         New York, New York